UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-6051-PSG (GJSx) | Date | August 29, 2016 |
|---|---|---|---|
| Title | Sallyanne Payton v. Dena Perez, et al. | | |

| Present: The Honorable | GAIL J. STANDISH, U.S. MAGISTRATE JUDGE |
|---|---|
| D. Luengo, Relief | CS N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Present for Plaintiff: | Present for Defendant: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS)  Order to Show Cause Hearing

On August 17, 2016 the Court ORDERED removing defendant Ronny Ramirez to appear at a hearing on August 29, 2016, at 11:00 a.m., in Courtroom 23, 312 North Spring Street, 3rd Floor, Los Angeles, California 90012, to address the matters set forth in this Court's Order To Show Cause of the same date. (See Docket No. 6 filed on 8/17/2016).

There was no appearance by Mr. Ramirez, nor any other party to this case, nor was any request to be excused from appearance filed.  The Court has taken the sanctions order under submission.

                                                                                                              :   
                                                                           Initials of Preparer          dl